UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHWEST METAL CRAFTS TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SHIP REPAIR AND FABRICATION INC.,<br><br>Defendant. | CASE NO. 2:24-cv-142-JNW<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on its own accord.

Plaintiff Board of Trustees of the Northwest Metal Crafts Trust Fund ("Trust Fund") sued Defendant Pacific Ship Repair and Fabrication Inc. ("Pacific Ship Repair") on February 2, 2024. The Trust Fund served Pacific Ship Repair with its complaint on February 14, 2024, and the Clerk entered default against Pacific Ship Repair on May 22, 2024. Dkt. Nos. 5 at 1, 8 at 1. Although the Clerk entered default nearly one year ago, the Trust Fund has not moved for default judgment or taken any other actions in this case. *See* Dkt.; *see also* Fed. R. Civ. P. 55(b) (describing two-step process for obtaining default judgment; LCR 55(b) (same).

ORDER TO SHOW CAUSE - 1

Accordingly, the Court ORDERS the Trust Fund to SHOW CAUSE why this matter should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) ("[The court has] inherent power *sua sponte* to dismiss a case for lack of prosecution"). The Trust Fund must, by no later than May 1, 2025, file either a response to this order to show cause or a motion for default judgment. Failure to timely respond or file will result in dismissal of this action with prejudice.

Dated this 21st day of April, 2025.

Jamal N. Whitehead
United States District Judge